FILED
JAN 07 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 1:25 CR 00002 |
| v. | CASE NO. |
| MARDOQUEO HERNANDEZ-GOMEZ (AKA: GABINO TOJ-CHACH), | Title 18, United States Code, Section 1015(e); Title 42, United States Code, Section 408(a)(7)(B) |
| Defendant. | JUDGE ADAMS |

COUNT 1
(False Claim of Citizenship to Obtain a Federal or State Benefit, 18 U.S.C. § 1015(e))

The Grand Jury charges:

1. On or about April 17, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARDOQUEO HERNANDEZ-GOMEZ (AKA: GABINO TOJ-CHACH) knowingly made a false statement and claim that he was, or at any time had been, a citizen or national of the United States, with the intent to obtain on behalf of himself a Federal or State benefit or service, to wit: an Ohio Identification Card, in violation of Title 18, United States Code, Section 1015(e).

COUNT 2
(Misuse of a Social Security Number, 42 U.S.C. § 408(a)(7)(B))

The Grand Jury further charges:

2. On or about April 17, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MARDOQUEO HERNANDEZ-GOMEZ (AKA: GABINO TOJ-CHACH),

for the purpose of obtaining an Ohio driver's license, with the intent to deceive, falsely represented a number to be the Social Security Number assigned by the Commissioner of Social Security to him when in fact such number was not the Social Security Number assigned by the Commissioner of Social Security to him, to wit: on an application for an Ohio driver's license, Defendant stated that XXX-XX-3233 was the Social Security Number assigned to him by the Commissioner of Social Security, when in fact, as he then well knew, that number was assigned to another whose identity is known to the Grand Jury, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.